No. 73–751. Palm Beach Newspapers, Inc., et al. *v.* Early. Cir. Ct. Fla., Broward County. Motions of

Miami Herald Publishing Co., a Division of Knight Newspapers, Inc., et al., and American Newspaper Publishers Assn. for leave to file briefs as *amici curiae* granted. Certiorari denied.